IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY
and DOES 1 through 10 inclusive,

    Defendants.
_____/

No. CIV S-08-1518 LKK EFB PS

ORDER

    Plaintiff has improperly filed an amended complaint in response to defendant's motion to dismiss, scheduled for hearing on October 15, 2008. Pursuant to the local rules of this court, plaintiff must file an opposition or statement of non-opposition to defendant's motion within fourteen days preceding the hearing date. E.D. Cal. L. R. 78-230(c). Failure timely to file an opposition precludes the opposing party from making a statement at the hearing on the motion. *Id.*

////
////
////
////

1

Plaintiff's amended complaint will therefore be disregarded. The court will, however, consider a timely filed opposition or statement of non-opposition to defendant's motion to dismiss.

SO ORDERED.

DATED: October 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE