IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,                                      No. CIV S-08-1518 LKK EFB PS

    vs.

ALLSTATE INSURANCE COMPANY
and DOES 1 through 10 inclusive,               <u>ORDER</u>

    Defendants.
_____/

    On September 22, 2009, the Magistrate Judge filed findings and recommendations which were served on the parties. Doc. No. 29. This court is currently reviewing these findings and recommendations. Since the findings and recommendations were filed, plaintiff has attempted to file a Third Amended Complaint, Doc. No. 32, and defendant has filed a motion to dismiss this complaint, Doc. No. 33. The hearing on this motion to dismiss is hereby VACATED. Unless and until the court orders otherwise, plaintiff need not file an opposition to the motion to dismiss the third amended complaint. An order addressing the remaining issues is forthcoming.

    IT IS SO ORDERED.

    DATED: January 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1