IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

        Plaintiff,                No. CIV S-08-1518 LKK EFB PS

        vs.

ALLSTATE INSURANCE COMPANY
and DOES 1 through 10 inclusive,

        Defendants.             ORDER
_____/

        This case, in which plaintiff is proceeding pro se, was referred to the undersigned under

Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On March 31, 2011, the assigned

district judge issued an order adopting the undersigned's March 1, 2011 findings and

recommendations, granting defendant's motion to dismiss plaintiff's fourth amended complaint

in part, and granting plaintiff fourteen days to file a fifth amended complaint.  Dckt. No. 58.

        On April 7, 2011, plaintiff filed a request for a thirty day extension of time to file a fifth

amended complaint due to a serious illness of her family member.  Dckt. No. 59.  Plaintiff

requests that her fifth amended complaint be due on May 13, 2011.  *Id.*

        Plaintiff's motion for an extension of time is granted.  Plaintiff has until May 13, 2011 to

file a fifth amended complaint in accordance with the March 31 order.

        SO ORDERED.

DATED:  April 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE