1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KAMLESH BANGA,

11              Plaintiff,                    No. 2:08-cv-1518-LKK-EFB PS

12        vs.

13   ALLSTATE INSURANCE COMPANY
     and DOES 1 through 10 inclusive,
14
                Defendants.                   ORDER
15   _____/

16        This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to

17   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On September

18   28, 2012, the assigned district judge dismissed with prejudice plaintiff's Sixth Amended

19   Complaint to the extent it is based on her claim that the reporting of payments made on the fire

20   claim was false.  Dckt. No. 108 at 4.  The district judge also returned the case to the undersigned

21   for consideration of defendant's motion to dismiss plaintiff's claims that defendant falsely

22   reported a fallen tree claim, and that defendant falsely reported that the fire claim was still open.

23   *Id.* at 4-5.  Specifically, the district judge stated that the findings and recommendations did not

24   address plaintiff's allegations that defendant falsely reported to credit reporting agencies that

25   "plaintiff's tree fell on neighbor's house," that "the said claim was still open," that at one point

26   defendant falsely reported that the fire claim was still open, and that those alleged falsehoods

1

were also the cause of her harm under all three of plaintiff's causes of action. *Id.* at 4 (citing

Pl.'s Sixth Am. Compl. ¶¶ 20, 22, 33, 39 and 47).

In light of the district judge's order, IT IS HEREBY ORDERED that:

1.  On or before November 7, 2012, defendant shall file a supplemental brief specifically addressing whether and why plaintiff's claims that defendant falsely reported a fallen tree claim and that defendant falsely reported that the fire claim was still open should be dismissed.

2.  On or before November 21, 2012, plaintiff shall file a response thereto.

3.  On or before November 28, 2012, defendant may file a reply to plaintiff's response.

SO ORDERED.

DATED:  October 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2