IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

      Plaintiff,                         No. 2:08-cv-1518-LKK-EFB PS

      vs.

ALLSTATE INSURANCE COMPANY
and DOES 1 through 10 inclusive,

      Defendants.                  ORDER
_____/

      This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On September 28, 2012, the assigned district judge dismissed with prejudice plaintiff's Sixth Amended Complaint to the extent it is based on her claim that the reporting of payments made on the fire claim was false. Dckt. No. 108 at 4. The district judge also returned the case to the undersigned for consideration of defendant's motion to dismiss plaintiff's claims that defendant falsely reported a fallen tree claim, and that defendant falsely reported that the fire claim was still open. *Id.* at 4-5. Specifically, the district judge stated that the findings and recommendations did not address plaintiff's allegations that defendant falsely reported to credit reporting agencies that "plaintiff's tree fell on neighbor's house," that "the said claim was still open," that at one point defendant falsely reported that the fire claim was still open, and that those alleged falsehoods

were also the cause of her harm under all three of plaintiff's causes of action. *Id.* at 4 (citing Pl.'s Sixth Am. Compl. ¶¶ 20, 22, 33, 39 and 47).

In light of the district judge's order, IT IS HEREBY ORDERED that:

1. On or before November 7, 2012, defendant shall file a supplemental brief specifically addressing whether and why plaintiff's claims that defendant falsely reported a fallen tree claim and that defendant falsely reported that the fire claim was still open should be dismissed.

2. On or before November 21, 2012, plaintiff shall file a response thereto.

3. On or before November 28, 2012, defendant may file a reply to plaintiff's response.

SO ORDERED.

DATED: October 24, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2